# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>-vs-   )<br>)<br>CHRISTOPHER BLAND BYRNE,   )<br>)<br>Defendant.   ) | No.   <u>CR-19-174-SLP</u> |

## ORDER

Before the Court is the Application to File Motion Under Seal (Doc. 437). The Motion is GRANTED.

IT IS SO ORDERED this 29th day of July, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE